UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Tallahassee_ DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Dadrian L. Brown,
Inmate # 16762
(Enter full name of Plaintiff)

vs.

CASE NO: 4:09cv130-RH/WCS
(To be assigned by Clerk)

Morris Young, Sheriff,
H.C. Hercule, Doctor,
Ms. Knight, Nurse,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2009 APR -9 PM 4: 50

FILED

I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Dadrian L. Brown
Inmate Number: 16762
Prison or Jail: Gadsden County Jail
Mailing address: P.O. Box 1709
Quincy Florida 32353

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Morris Young
    Official position: Sheriff
    Employed at: Gadsden Sheriff Dept
    Mailing address: P.O. Box 1709
    Quincy, Florida 32353

(2) Defendant's name: H.C. Hercule
    Official position: Doctor
    Employed at: Gadsden County Jail
    Mailing address: P.O. Box 1709
    Quincy Florida 32353

(3) Defendant's name: Ms. Knight
    Official position: Nurse
    Employed at: Gadsden County Jail
    Mailing address: P.O. Box 1709
    Quincy Florida 32353

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

III.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.     **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

    A.     Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
        Yes( )      No(X)

        1.     Parties to previous action:
            (a)     Plaintiff(s): _____
            (b)     Defendant(s): _____
        2.     Name of judge: _____     Case #: _____
        3.     County and judicial circuit: _____
        4.     Approximate filing date: _____
        5.     If not still pending, date of dismissal: _____
        6.     Reason for dismissal: _____
        7.     Facts and claims of case: _____
        _____

    **(Attach additional pages as necessary to list state court cases.)**

    B.     Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

        Yes( )      No(X)

        1.     Parties to previous action:
            a.     Plaintiff(s): _____
            b.     Defendant(s): _____
        2.     District and judicial division: _____
        3.     Name of judge: _____     Case #: _____
        4.     Approximate filing date: _____
        5.     If not still pending, date of dismissal: _____
        6.     Reason for dismissal: _____

      7.      Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C.    Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

    Yes( )               No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

    1.    Parties to previous action:
         a.    Plaintiff(s): _____
         b.    Defendant(s): _____
    2.    District and judicial division: _____
    3.    Name of judge: _____  Case #: _____
    4.    Approximate filing date: _____
    5.    If not still pending, date of dismissal: _____
    6.    Reason for dismissal: _____
    7.    Facts and claims of case: _____

**(Attach additional pages as necessary to list cases.)**

D.    Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

    Yes( )               No(X)

    1.    Parties to previous action:
         a.    Plaintiff(s): _____
         b.    Defendant(s): _____
    2.    District and judicial division: _____
    3.    Name of judge: _____  Case Docket # _____
    4.    Approximate filing date: _____  Dismissal date: _____
    5.    Reason for dismissal: _____

6.   Facts and claims of case: _____

_____

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

pg ① Sheriff Young has failed to provide an adequate medical department. On or about March 26 I declared a medical emergency I was given a request to fill out there wasn't any staff available Had to endure pain the whole night. ② Sheriff Morris Young has failed to establish a legitimate grievance procedure It is pratically non existent out of 5 grievances since March 8 have I gotten any response. ③ On or about March 27 I was escorted to see Ms. Knight the nurse at medical. I told and showed Ms. Knight an exposed hernia, that she actually pushed back inside. It was very obvious to the excruciating pain I was in. I was sent back to my Pod while she called Doctor Hercule. Thirty minutes later I was brought back to medical and was told I was constipated and that was the problem. ④ On April 1 2009 Doctor H.C. Hercule made a medical determination on my Hernia without a physical examination. He asked did the Motrin help with my pain I told him it did very little and then he prescribed more Motrin. cont on #3 Ms. Knight did give me motrin before sending me back to the pod

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

① I dont not have a copy of the Constitution or access to the Law Library but I know it's Cruel and unusual punishment to have a painful physical ailment and being deprived proper medical attention. ② The Due process clause has been violated when I can't access a ~~grievance~~ grievance procedure against the medical department

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Monetary compensation, a change in medical department by providing 24hr medical staff at least a nurse and institute a working grievance procedure

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

4-7-09    Dadrian L Brown
(Date)    (Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __8__ day of __April__, 20_09_. 12:30 A.M.

Dadrian L. Brown
(Signature of Plaintiff)

Revised 03/07

7