**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DADRIAN L. BROWN, #16762**

    **Plaintiff,**

**vs.**          **4:09cv130-RH/WCS**

**MORRIS YOUNG, Sheriff, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the Clerk. Pending is Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983, doc. 1, and motion to proceed *in forma pauperis* (IFP), doc. 2. In an order entered April 14, 2009, Plaintiff was directed to supplement his IFP motion by May 15, 2009, with an inmate bank statement. Doc. 4. Because Plaintiff's copy of that order was returned to the clerk undelivered, the court entered another order, after checking with the Gadsden County Jail, and directed the clerk to re-mail all orders to Plaintiff's current address after being released from custody on May 9, 2009. Plaintiff's deadline for completing and filing a new IFP form was May 18, 2009. To date, those orders have not been returned to the clerk undelivered and Plaintiff has not filed any pleadings as directed in that order.

It is Plaintiff's responsibility to prosecute his own lawsuit and to keep this court apprised of his current address.

It is therefore RECOMMENDED that this case be DISMISSED WITHOUT PREJUDICE.

IN CHAMBERS at Tallahassee, on May 27, 2009.


　　　　　　　　　　　　　　　　　**s/ William C. Sherrill, Jr.**
　　　　　　　　　　　　　　　　　WILLIAM C. SHERRILL, JR.
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE


**NOTICE TO PARTIES**

**Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**