## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

DADRIAN L. BROWN,

        Plaintiff,

v.                                                    CASE NO.  4:09cv130-RH/WCS

MORRIS YOUNG, Sheriff, et al.,

        Defendants.

_____/

## <u>ORDER OF DISMISSAL</u>

This case is before the court on the magistrate judge's report and recommendation (document 8).  No objections have been filed.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on June 26, 2009.

                                    s/Robert L. Hinkle_____
                                    United States District Judge